for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Reynier J. Wortendyke, Jr.* for petitioner in No. 299. *Mr. Allen E. Throop* for petitioner in No. 329. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Ellis Lyons, Richard S. Salant, Charles V. Shannon,* and *Lambert McAllister* for the Federal Power Commission. *Mr. Francis A. Pallotti,* Attorney General of Connecticut, filed a memorandum in support of the petition. *Messrs. John E. Benton* and *Frank B. Warren* filed a brief on behalf of the National Association of Railroad and Utilities Commissioners, as *amicus curiae,* in support of the petition. ▮

No. 300. PALMER ET AL., TRUSTEES, *v.* HOFFMAN. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Edward R. Brumley* for petitioners. *Messrs. William Paul Allen* and *Benjamin Diamond* for respondent. ▮

No. 320. O'DONNELL *v.* GREAT LAKES DREDGE & DOCK Co. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Walter F. Dodd* for petitioner. *Mr. Ezra L. O'Isa* for respondent. ▮

No. 327. FRED FISHER MUSIC Co., INC. ET AL. *v.* M. WITMARK & SONS. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Arthur Garfield Hays* for petitioners. *Mr. Robert W. Perkins* for respondent. ▮